BANK OF BATAVIA, *Respondent*, v. ANDREW FORWARD, *Appellant, Impleaded, etc.* — Order affirmed, with ten dollars costs and disbursements.

ADDIE E. BAXTER, *an Infant, etc., Respondent*, v. THE CITY OF WATERTOWN, *Appellant.* — Order affirmed, with ten dollars' costs and disbursements.

ANN SEIFERT, *Appellant*, v. MICHAEL SCHILLNER, *Respondent.* — Order reversed, with ten dollars costs and disbursements. *Held*, that the court had power to entertain the motion, and the plaintiff is at liberty to renew it at Special Term to be heard and disposed of on its merits.

ISAAC McDOUGALL, *Appellant*, v. EDMUND P. WAIT, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. *Held*, that the agreement is not within the statute of frauds, as it was fully executed on the part of the plaintiff at the time when it was made; that if the agreement were void by the statute, the plaintiff would be entitled to recover back the money paid by him to the defendant, and that as to all other questions the case is controlled by that of *Grover* v. *Wait* (59 N. Y., 156).

NATHAN T. MISER, *Respondent*, v. JOSEPH MISER, *Appellant.* — Judgment affirmed, with costs.

THE PHŒNIX BANK, *Appellant*, v. DANIEL P. STAFFORD and others, *Respondents.* — Motion granted by inserting in the order of reversal the words "on questions of fact," on payment by plaintiff of ten dollars costs of opposing, and on condition that if the defendants elect within ten days to discontinue their appeal to the Court of Appeals (which they are hereby permitted to do, without costs, in case the plaintiff avails himself of the relief granted by this order) the plaintiff pay to the defendants their costs and disbursements incurred in the prosecution of said appeal to this time, and if said condition be not complied with the motion is denied, with ten dollars costs of opposing.

IN THE MATTER OF THE APPLICATION FOR THE REMOVAL OF JOHN E. PARKER, A JUSTICE OF THE PEACE OF THE TOWN OF GRANBY AND POLICE JUSTICE OF THE VILLAGE OF OSWEGO FALLS. — Order to show cause granted.

WILLIAM POLLARD, *Appellant*, v. BENJAMIN T. BABBITT, *Respondent.* — Judgment affirmed.

BRIDGET F. McCARTHY, *Respondent* v. JUSTUS NEWELL, *Appellant.* — Judgment affirmed.

MARY E. COMBS, *by Committee, Appellant*, v. SUSAN C. LITTLE and TIMOTHY F. LITTLE, *Respondents.* — Judgment affirmed.

THE GOULD MANUFACTURING COMPANY, *Respondent*, v. R. DE WITT MASON, *Appellant.* — Judgment affirmed.

AARON D. MOREY, *Appellant.* v. CHRISTIAN FISHER, *Respondent.* — Judgment and order affirmed.